NUMBER 13-06-00451-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: ROMAN VALVERDE PERALES


____________________________________________________________


On Petition for Writ of Prohibition

____________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Roman Valverde Perales, filed a pro se petition for writ of prohibition in the
above cause on August 14, 2006, in which he requested this Court to direct the Honorable
Laura A. Weiser, presiding judge of the County Court-at-Law No. 1 of Victoria County,
Texas, to set aside 1) an order dated July 14, 2006 granting the issuance of capias in trial
court cause No. 1-77,577 and 2) an order changing the beginning date of probation issued
on August 10, 2005 in the same cause. Relator also filed a pro se motion for emergency
stay in which he requested this Court to stay 1) the July 14, 2006 order granting capias and
2) the order of August 10, 2005. 

 Relator's petition contains the following summary of this Court's prior actions:

On August 26, 2005, Relator filed a petition for writ of mandamus in this
Honorable Court to set aside the order of August 10, 2005 as void. The
State filed a response as requested. On September 8, 2005, this Court in
Cause No. 13-05-00544-CR, styled "In re Roman Valverde Perales," denied
the petition. On May 5, 2006, Relator filed a second petition for writ of
mandamus. The State filed a response as requested. The petition
challenged the orders of July 21, 2004 and August 10, 2005 as void. On
June 8, 2006, this Court in Cause No. 13-06-00239-CR, denied the petition
for writ of mandamus and lifted the stay of May 11, 2006 that stayed the
orders. Motion for rehearing was denied on July 27, 2006. A petition was
filed on July 26, 2006 to set aside the order issuing capias and capias, as
void. The petition was also denied on July 27, 2006 in Cause No. 13-06-00420-CR. 


 The Court, having examined and fully considered the petition for writ of prohibition,
motion for emergency stay, and documents on file, is of the opinion that the petition for writ
of prohibition and motion for emergency stay should be denied. The Court also advises
relator that further petitions seeking the same relief and based on the same facts as
described above will not be favorably received by this Court.

 Relator's petition for writ of prohibition and motion for emergency stay are hereby
DENIED. See Tex. R. App. P. 52.8. 

 PER CURIAM



Do not publish. Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this 28th day of August, 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).